IN THE CIRCUIT COURT OF HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

**DIGITAL ROAD CORPORATION,**
a Florida corporation,
f/k/a **DENTAL 101 CORPORATION,**

Plaintiff,

v.                                             CASE NO.:        08 19976

**DENTAL WEBSMITH, INC.,**
a Kentucky corporation,

| JURY TRIAL |
| DEMANDED |

Defendant.

_____/

## COMPLAINT

Digital Road Corporation f/k/a Dental 101 Corporation ("**Digital Road**") sues Dental Websmith, Inc. ("**Defendant**"), and alleges:

### PARTIES AND JURISDICTION

1. This is an action seeking declaratory relief and damages that exceed $15,000.00, exclusive of interest, attorneys' fees and costs.

2. Digital Road asserts the following claims:

    (a) Count I seeking declaratory relief; and

    (b) Count II seeking damages for violation of the Florida Deceptive and Unfair Trade Practices Act ("**FDUTPA**").

3. Digital Road is a Florida corporation.

4. The Defendant is Kentucky corporation.

5. This court has jurisdiction pursuant to Sections 86.011 and 48.193, Florida Statutes.

6. The Defendant has consistently engaged in business in Hillsborough County since 2004.

7. Venue is proper in Hillsborough County, Florida because the causes of action accrued in Hillsborough County as the result of actions that were taken in Hillsborough County.

### FACTUAL BACKGROUND

8. Digital Road is in the business of creating and maintaining websites on the internet.

9. Upon information and belief, the Defendant is also in the business of creating and maintaining websites on the internet.

10. On or about April 18, 2008, the Defendant made demand upon a client of Digital Road, Nancy Hanna, DMD, in the amount of $750.00 due to an alleged copyright violation.

11. On or about June 18, 2008, the Defendant made demand directly upon Digital Road in the amount of $28,500.00 due to the same alleged copyright violation.

12. The language that allegedly caused a copyright violation by Nancy Hanna, DMD and Digital Road was terms and definitions commonly used throughout the practice of dentistry to describe and define the work performed by dentists.

13. The language was not unique or specific to a specialized service performed by the Defendant or its clients, nor was it otherwise readily identifiable with the Defendant or its clients.

14. The practice of dentistry is a highly specialized field and the terms and definitions used to describe work performed in the practice are commonly used throughout the industry.

15. There are a finite number of terms and definitions in the English language that can be utilized to describe the work performed by a dentist.

16. It defies logic that Digital Road could be penalized with fines in excess of $150,000.00 or otherwise prohibited from the use of such terms and definitions commonly used in the industry.

17. Digital Road or other dentists cannot be prohibited from using the terms and definitions commonly used throughout the industry simply because they may have appeared on another dentist's website.

18. Digital Road cannot continue to conduct its business if it is deprived of all use of terms and definitions commonly used throughout the industry.

19. Despite Digital Road's persistent efforts to make it clear to the Defendant that it was impossible to avoid the use of terms and definitions commonly used throughout the industry, the Defendant continued to threaten fines in excess of $150,000.00 if Digital Road refused to make payment to the Defendant.

20. All conditions precedent to the commencement and maintenance of this action have been performed, satisfied, or otherwise discharged.

21. Digital Road has retained the undersigned attorneys to represent it in this matter and is obligated to pay its attorneys a reasonable fee for their services.

### COUNT I
### DECLARATORY RELIEF

22. This is an action to determine legal rights and obligations under Section 86.011, to determine whether Digital Road would be protected against the deceptive acts and/or unfair practices of the Defendant for the fair use of terms and definitions commonly used throughout the practice of dentistry.

23. Digital Road incorporates herein the allegations of paragraphs 1 through 21 of this Complaint.

24. Digital Road seeks a declaratory judgment that Digital Road is entitled to protection from the unfair and deceptive actions of the Defendant for the fair use of terms and definitions commonly used throughout the practice of dentistry that appear in its websites.

25. Digital Road seeks a declaratory judgment that the Defendant is either equitably estopped or prohibited by statute from recovering excessive fines and penalties for Digital Road's use of terms and definitions that were not unique or specific to a specialized service performed by the Defendant or its clients, nor otherwise readily identifiable with the Defendant or its clients.

26. Due to the nature of the practice of dentistry and the specific terms and definitions used to describe the services provided, there are a finite number of terms that can be utilized to describe the services of a dentist, Digital Road continues to utilize terms and definitions commonly used in the practice of dentistry in the services it provides to its clients.

27. Digital Road has a bona fide, actual, present, and practical need for the declaration of its status, rights, and obligations.

28. Digital Road is entitled to have its doubts and uncertainties removed.

29. Digital Road will suffer irreparable harm if this controversy is not resolved.

WHEREFORE, Digital Road respectfully prays this Court:

(a) render a declaratory judgment that Digital Road is entitled to protection from the deceptive acts and/or unfair practices of the Defendant to exact excessive fees and penalties;

(b) pending the rendition of such declaratory judgment, enjoin the Defendant from taking further action against Digital Road;

(c) award Digital Road the costs of this action; and

(d) award such other and further relief as to the Court deems proper.

## COUNT II
### VIOLATION OF FDUTPA

30. This is an action against the Defendant for damages for violation of the FDUTPA, Section 501.204, Florida Statutes, which declares unlawful any deceptive acts or practices in the conduct of any trade or business.

31. Digital Road incorporates herein the allegations of paragraphs 1 through 21 of this Complaint.

32. The Defendant's continued attempts to exact such extraordinary monies for the use of terms and definitions commonly used throughout the practice of dentistry, constitute deceptive acts and/or unfair practices.

33. Digital Road has suffered a loss as a result of the Defendant's violations of the FDUTPA due to its inability to continue in its business in fear of retribution from the Defendants.

34. As a result of its inability to continue in its business activities, Digital Road has suffered actual damages as a result of the Defendant's violation of the FDUTPA.

35. Pursuant to Florida Statute Section 501.211, Digital Road is entitled to recover their damages from the Defendant.

WHEREFORE, Digital Road demands judgment against the Defendant:

    (a) declaring that the Defendant has violated Florida Statute Section 501.204;

    (b) awarding to Digital Road all damages suffered as a result of the Defendant's violation of Florida Statute Section 501.204;

    (c) awarding to Digital Road all costs and attorneys' fees associated with this action; and

    (d) awarding to Digital Road all such other relief as is appropriate.

## DEMAND FOR ATTORNEYS' FEES

36. Digital Road has retained the undersigned attorneys to represent it in this matter and is obligated to pay its attorneys reasonable fees for their services. Digital Road is entitled to recover its attorneys' fees and costs pursuant to its claim for relief under the FDUTPA. See §57.105(7), Fla. Stat.

## DEMAND FOR JURY TRIAL

Digital Road hereby demands a trial by jury on all issues so triable.

_____
Stanford R. Solomon
Florida Bar No. 302147
ssolomon@solomonlaw.com
Jason C. Sampson
Florida Bar No. 22914
jsampson@solomonlaw.com
THE SOLOMON LAW GROUP, P.A.
1881 West Kennedy Boulevard
Tampa, Florida 33606-1606
(813) 225 – 1818 (Tel)
(813) 225 – 1050 (Fax)
Attorneys for DIGITAL ROAD CORPORATION